

### September 6, 2013

| CAAP-10-00 00100 | Rosehill, In re | Dismissed |

### September 9, 2013

| CAAP-12-00 00549 | State v. Perkins | Vacated and Remanded |

### September 13, 2013

| CAAP-12-00 00563 | Perkins v. Puna Plantation Hawaii, Ltd. | Vacated and Remanded |

### September 16, 2013

| 30425 | Soltren v. Smith | Affirmed |

### September 19, 2013

| 30142 | Goo v. Arakawa | Affirmed |
| CAAP-12-00 00575 | State v. Halvorson | Vacated and Remanded |

### September 23, 2013

| CAAP-12-00 00590 | Elizares v. State | Affirmed |

### September 24, 2013

| CAAP-12-00 00769 | State v. Puulei | Affirmed |

### September 25, 2013

| CAAP-11-00 00605 | State v. Eichi Oki | Affirmed |

### September 26, 2013

| CAAP-12-00 00493 | Dera Development, LLC v. Mitchell | Affirmed |
| CAAP-11-00 00429 | State v. Anderson | Vacated and Remanded |

### September 27, 2013

| CAAP-11-00 01059 | Crabbe v. State | Vacated and remanded |